FILED

05/30/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0330

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 24-0330

_____

CLAY LEVI COLE FRASER,

Petitioner,

v.

MONTANA EIGHTH JUDICIAL DISTRICT
COURT, CASCADE COUNTY, THE
HONORABLE DAVID J. GRUBICH,
PRESIDING,

Respondent.

O R D E R

_____

Petitioner Clay Levi Cole Fraser seeks a writ of supervisory control over the Eighth Judicial District Court, Cascade County, in its Cause No. DC-23-753. Fraser alleges that the court erred by denying his motion for substitution of judge.

Having reviewed the Petition and the challenged Order, we deem it appropriate to obtain a summary response. In accordance with M. R. App. P. 14(7),

IT IS THERFORE ORDERED that the Eighth Judicial District Court, and the State of Montana, or both, are granted 30 days from the date of this Order to prepare, file, and serve a response(s) to the petition for writ of supervisory control in Cause No. DC-23-753.

The Clerk is directed to provide immediate notice of this Order to counsel for Petitioner, all parties in the Eighth Judicial District Court, Cascade County, Cause No. DC-23-753, and the Honorable David J. Grubich, presiding.

Electronically signed by:
Dirk Sandefur
Justice, Montana Supreme Court
May 30 2024